

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 12, 2025

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

<span style="color:blue">Change of plea is scheduled for January 20, 2026 at 11:00 a.m. in Courtroom 11D.
SO ORDERED.
Dated:  12/12/2025</span>

P. Kevin Castel
United States District Judge

> Re:    *United States v. Estevez Herrera*, 24 Cr. 675 (PKC)

Dear Judge Castel:

The Government and defense counsel for Luis Estevez Herrera respectfully request that the Court schedule a change of plea for Mr. Estevez Herrera in the above case for January 20, 2026 at 11:00 a.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _Meredith Foster_
Meredith Foster
Assistant United States Attorney
Tel.: (212) 637-2310

cc:    Joshua Horowitz, Esq. (via ECF)